# In the United States Court of Federal Claims

No. 26-1250
(Filed: 13 November 2026)
NOT FOR PUBLICATION

*************************************
JADI BRANSTETTER, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

**ORDER**

**HOLTE, Judge.**

*Pro se* plaintiff Jadi Branstetter filed a complaint in this court on 25 August 2026. *See* Compl., ECF No. 1. Plaintiff did not, however, submit this court's filing fee or a completed motion to proceed *in forma pauperis* ("IFP"). Instead, plaintiff submitted a copy of AO 240—the IFP application form offered by the Administrative Office of the U.S. Courts for litigants in federal district court—which plaintiff had not completely filled out. *See* Pl.'s Mot. for Leave to Proceed IFP, ECF No. 2. On 18 September 2026, the Court rejected plaintiff's Motion for Leave to Proceed IFP as deficient and ordered plaintiff to "either file a new, and complete, IFP application using the Court of Federal Claims IFP form or pay the filing fee on or before 18 October." *See* 18 Sept. 2026 Order at 3, ECF No. 6. Rule 41 of Rules of the United States Court of Federal Claims ("RCFC") provides, "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order, the court may dismiss [the action] on its own motion." As 26 days have passed since the Court's 18 October 2026 deadline and the Court has not received from plaintiff the requisite filing fees or a completed IFP application, the Court **DISMISSES** plaintiff's Complaint, ECF No. 1, for failure to prosecute. The Court **DIRECTS** the Clerk to enter judgment dismissing plaintiff's Complaint without prejudice pursuant to RCFC 41(b).

**IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge